TADCO CONSTRUCTION CORP., Appellant, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK, Respondent.

Submitted September 16, 2013; decided November 19, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.